## <u>Criminal Complaint Affidavit for Victor Junior AGUILAR-MADRID</u>

Your Affiant, Special Agent Donald L. Moore, Jr., Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1.      I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2.       Your Affiant is a Special Agent (SA) with Homeland Security Investigations (HSI), assigned to the Assistant Special in Charge (ASAC) office in Louisville, Kentucky. Your Affiant has been employed by HSI since September 2025. Your Affiant holds a Master's Degree in Public Administration and a Bachelor' Degree in Homeland Security & Emergency Management from Savannah State University in Savannah, Georgia. Additionally, your Affiant has successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where training was conducted relevant to these types of investigations. Prior to employment with HSI, your Affiant served as a Special Agent with the United States Capitol Police from December 2024 to September 2025, and as an Investigator at the Fulton County District Attorney's Office in Atlanta, Georgia, from October 2023 to December 2024. Your Affiant is currently assigned to the HSI Louisville, Kentucky field office.

3.      This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Your Affiant has not included each and every fact that has been revealed through the course of this investigation.  Your Affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

### Results of Investigation

5.      On March 11, 2026, Victor Junior AGUILAR-MADRID was arrested by Kentucky State Police (KSP), in Henry County, Kentucky for speeding (100 MPH in a 70 MPH zone), reckless driving, operating a vehicle without a license, possession of an open alcoholic beverage in a motor vehicle, and operating a motor vehicle under the influence of alcohol.

6.      AGUILAR-MADRID's fingerprints were taken at the time of his arrest when he was booked into the Oldham County Detention Center. Enforcement Removal Operations (ERO) positively identified the individual in custody through record checks as a previously removed citizen from Honduras and as Victor Junior AGUILAR-MADRID, the subject of Alien Registration Number A098 882 403 and FBI number 546075HC0.

7.      AGUILAR-MADRID's criminal history includes convictions for Cruelty to Children in violation of California Penal Code Section 273A (A), for which a six-year (6) sentence of imprisonment was imposed. AGUILAR-MADRID was also convicted of DUI and other traffic violations.

8.      Further review of documents obtained from AGUILAR-MADRID's Alien File revealed information regarding AGUILAR-MADRID's immigration history. AGUILAR-MADRID was ordered removed to Honduras by an Immigration Judge on November 2, 2006. AGUILAR-MADRID was removed to Honduras via ICE Air Charter Flight departing Phoenix-Mesa Gateway Airport, Mesa, Arizona, on April 22, 2015.

9.      There is no evidence of an application for admission into the United States for AGUILAR-MADRID following his last removal.

10.      Based on the above information, I believe there is probable cause supporting the conclusion that AGUILAR-MADRID is an alien who has been found in the United States in Henry County, in the Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a) & (b)(2).

Donald L. Moore/by EBA with affiant's permission

_____
Donald L. Moore, Jr., Special Agent
Homeland Security Investigations
Louisville, Kentucky

Sworn by the affiant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone or other reliable electronic means this 7 day of April 2026.



**Signed By:**
**Edward B. Atkins** *EBA*
**United States Magistrate Judge**

_____
UNITED STATES MAGISTRATE JUDGE